IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) CV 99-B-0566-NE | |
| | ) | |
| GLORIA BABER, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
99 MAY 21 PM 3: 17
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAY 2 1 1999

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Gloria Baber, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant, Gloria Baber, on April 9, 1999. Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Gloria Baber, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Gloria Baber, is indebted to Plaintiff in the principal sum of $8,699.20, U.S. Marshal costs of $172.40, court costs of $150.00 pursuant to 28 U.S.C. §2412(a)(2), accrued interest of $1,417.36 as of May 4, 1999, plus interest at the prevailing legal rate from the date of judgment.

4. Plaintiff is due to recover from Defendant, Gloria Baber, the total sum of

$10,438.96, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this the ___1st___ day of May, 1999.

*Sharon Lovelace Blackburn*
UNITED STATES DISTRICT JUDGE